# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia

In re:

**Carol Yancy**
    Debtor

Case No.:   15–10063–SDB

Judge:   Susan D. Barrett

Chapter:   13

## RELEASE OF WAGES

The Notice to Commence Wage Withholding heretofore filed in these proceedings by which the debtor's employer:

GA Department of Juvenile Justice
3408 Covington Hwy
Attn: Payroll
Decatur, GA 30032

was required to pay debtor's earnings, or a portion thereof, to:

**Chapter 13 Trustee, Augusta**
**P. O. Box 102173**
**Atlanta, GA 30368–2173**

is rescinded and the above–named employer will henceforth account directly to the employee for wages earned. Any funds held by the employer as of this date should be returned directly to the debtor.

Dated **February 13, 2017**

*Lucinda B. Rauback, CLERK*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

*13–51A (08/13)* **VWW**